1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
     Including Professional Corporations
2 | JASON A. WEISS, Cal. Bar No. 185268
3 | JASON M. GUYSER, Cal. Bar No. 255273
   650 Town Center Drive, 10th Floor
4 | Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
5 | Facsimile:  714.513.5130
   E mail        jweiss@sheppardmullin.com
6 |               jguyser@sheppardmullin.com

7 | Attorneys for Defendant
   BERRY GLOBAL FILMS, LLC
8 |

9 | **UNITED STATES DISTRICT COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA**

11 |

| | |
|---|---|
| MARIO GONSALES, individually and on behalf of other individuals similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>BERRY GLOBAL FILMS, LLC, a Delaware corporation, and DOES 1 to 100 inclusive,<br><br>                    Defendants. | Case No.  5:19-cv-2080<br><br>(Removed from San Bernardino Superior Court, Case No. CIV DS 1928987)<br><br>**BERRY GLOBAL FILMS, LLC'S NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>*[Filed concurrently with Civil Cover Sheet, Declaration of Jason M. Guyser, and Certificate and Notice of Interested Parties]*<br><br>Complaint Filed:  September 26, 2019 |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE**, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Berry Global Films, LLC ("Berry Global") hereby removes the above-entitled action pending in the Superior Court of the State of California for the County of San Bernardino, Case No. CIV DS 1928987 (the "State Court Action"). This action is removed pursuant to the procedures found in 28 U.S.C. section 1446, and removal jurisdiction is based on 28 U.S.C. section 1441(a) (federal question). The following is a listing of the pleadings to date and a short and plain statement of the grounds for removal:

**I.**

**STATE COURT ACTION**

1. On September 26, 2019, Plaintiff Mario Gonsales ("Plaintiff") filed a Complaint in the State Court Action, asserting seven causes of action against Defendant Berry Global.

2. Service on Berry Global of the Complaint by Plaintiff was completed on October 1, 2019. *See* Declaration of Jason M. Guyser ("Guyser Decl."), ¶ 2. Berry Global filed this Notice of Removal within 30 days of Plaintiff's service of the Complaint.

3. The Complaint asserts seven causes of action, including at least one which arises under federal law. The causes of action are: (1) Failure to Pay All Wages; (2) Missed Rest Breaks in Violation of Labor Code §§ 200, 226.7, 512 and Wage Order No.1; (3) Failure to Pay All Wages Owed at Termination in Violation

1  of California Labor Code § 203; (4) Failure to Furnish an Accurate Itemized Wage

2  Statement upon Payment of Wages in Violation of California Labor Code § 226; (5)

3  Violation of 15 U.S.C. § 1681b(b)(2)(A) (Fair Credit Reporting Act); (6) Violation

4  of California Civil Code § 1785 *et seq.* (Consumer Credit Reporting Agencies Act);

5  (7) Violations of California Business and Professions Code §§ 17200 *et seq.*

## II.

## THIS COURT HAS FEDERAL QUESTION JURISDICTION

10     4.     Federal courts have original federal question jurisdiction over actions

11 "arising under the Constitution, laws, or treaties of the United States."  28 U.S.C.

12 § 1331.

14     5.     Plaintiff's Complaint alleges Berry Global violated the Fair Credit

15 Reporting Act, 15 U.S.C. § 1681b(b)(2)(A).  *See* Complaint ¶¶ 88-99.

17     6.     Because Plaintiff's claims arise in part from the laws of the United

18 States, this Court has original jurisdiction over this action.  Under 28 U.S.C.

19 §1367(a), this Court has supplemental jurisdiction over Plaintiff's state law causes

20 of action.  Where at least one federal claim is involved, federal courts have

21 supplemental jurisdiction over state law claims that are so related to the federal

22 claim that they form part of the same case or controversy.  *See* 28 U.S.C. §1367(a);

23 *see also County of Santa Clara v. Astra USA, Inc.*, 401 F.Supp.2d 1022, 1025 (N.D.

24 Cal. 2005) (explaining that so long as at least one claim satisfies the requirements

25 for removal on federal question grounds, any other purely state law claims in the

26 same complaint also may be determined by the federal court under its supplemental

27 jurisdiction).  Considerations of convenience, judicial economy, and fairness to the

28 litigants strongly favor this Court exercising jurisdiction over all claims in the

Complaint.  *See United Mine Workers v. Gibbs*, 383 U.S. 715, 725-26 (1966).
Accordingly, the Complaint is removable under federal question jurisdiction.  28
U.S.C. § 1441(a).

### III.

### NOTICE OF REMOVAL IS PROCEDURALLY PROPER

7.    <u>The Removal Venue is Proper</u>.  Pursuant to 28 U.S.C. § 1446(a), Berry
Global is filing this Notice of Removal in the U.S. District Court for the Central
District of California.  Because the state court action is pending in the California
Superior Court for the County of San Bernardino, the U.S. District Court for the
Central District of California is the proper district for removal.

8.    <u>The Removal is Timely</u>.  Plaintiff's Complaint was filed in the San
Bernardino County Superior Court on September 26, 2019.  Berry Global was
served on October 1, 2019.  *See* Guyser Decl., ¶ 2.  Berry Global filed this Notice of
Removal within 30 days of Plaintiff's service of the Complaint.  *See* 28 U.S.C. §
1446(b)(3).  Thus, the Notice of Removal is timely.

9.    <u>All State Court Pleadings are Attached</u>.  In accordance with 28 U.S.C.
§ 1446(a), copies of all papers filed in the State Court Action as of the filing of this
Notice of Removal are attached to the Guyser Decl. as **<u>Exhibit A</u>**.

10.    <u>Notice to Plaintiff and the State Court of the Removal</u>.  Pursuant to 28
U.S.C. § 1446(d), Berry Global is providing written notice to Plaintiff of the
removal of this action.  Further, pursuant to 28 U.S.C. § 1446(d), a copy of this
Notice of Removal is being filed with the Clerk of the Superior Court of the State of
California, County of San Bernardino.

1      11.   <u>Consent to Removal</u>.  There are no other parties who need to consent to

2  this removal.  Berry Global is the only named defendant.  Berry Global is not

3  required to investigate the identity of unnamed defendants or to obtain their consent

4  for removal.  *Newcombe v. Adolf Coors Co.,* 157 F.3d 686, 690-91 (9th Cir. 1998).

5  Accordingly, Berry Global has sufficient consent to seek removal of this action to

6  federal court.

7

8  **IV.**

9  <u>**CONCLUSION**</u>

10

11      For all of the reasons set forth above, Berry Global removes the action

12  brought by Plaintiff in the Superior Court of the State of California for the County

13  of San Bernardino to this Court.

14

15  Dated:  October 30, 2019

16                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

17

18                    By           */s/ Jason M. Guyser*

19                        JASON A. WEISS
                           JASON M. GUYSER

20

21                        Attorneys for Defendant
                        BERRY GLOBAL FILMS, LLC

22

23

24

25

26

27

28